UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TONY PADGETT,<br><br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC. | CASE NO: 8:21-cv-02509-WFJ- AEP<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE** |

On 11/8/2021, I did cause a copy of the following documents, described below,

Summons, Padgett v. Healthcare Revenue Recovery Group, LLC

Complaint, Padgett v. Healthcare Revenue Recovery Group, LLC

Exhibit 1

Exhibit 2

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Court, Approved Notice Provider.  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 11/8/2021

/s/ Frank T. Papa
Frank T. Papa   150355
fpapa@robertgellerlaw.comLaw Offices of Robert M. Geller, P.A.
807 West Azeele Street
Tampa , FL  33606
813 254 5696

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TONY PADGETT,<br><br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC. | CASE NO: 8:21-cv-02509-WFJ- AEP<br><br>**CERTIFICATE OF SERVICE** |

On 11/8/2021, a copy of the following documents, described below,

Summons, Padgett v. Healthcare Revenue Recovery Group, LLC

Complaint, Padgett v. Healthcare Revenue Recovery Group, LLC

Exhibit 1

Exhibit 2

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/8/2021

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Frank T. Papa
Law Offices of Robert M. Geller, P.A.
807 West Azeele Street
Tampa , FL  33606

PARTIES DESIGNATED AS "EXCLUDED" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CERTIFIED 7021 0950 0000 7131 3564
DAVID M FRIEDLANDER,
PRESIDENT, HEALTHCARE REVENUE RECOVERY
GROUP, LLC.
1643 NORTH HARRISON PARKWAY BUILDING H,
SUITE 100
SUNRISE  FL 33323

CERTIFIED 7021 0950 0000 7131 3571
HEALTHCARE REVENUE RECOVERY GROUP,
LLC.,
C/O CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE FL 32301-2525