UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-02509

TONY PADGETT,

      Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

      Defendant.
_____/

## JOINT NOTICE OF MEDIATOR SELECTION AND NOTICE SCHEDULING MEDIATION

Pursuant to the Court's Scheduling Order requiring mediation [DE 13], undersigned counsel have selected James Betts to mediate this matter. The parties have agreed that mediation is set for Wednesday, **August 3, 2022, at 9:00 a.m., via Zoom conference.**

Dated this **21st day of June 2022.**

| | |
|---|---|
| /s/ *Frank T. Papa* | */s/ Ernest H. Kohlmyer* |
| Frank T. Papa, Esquire | Ernest H. Kohlmyer, III, Esq., LL.M. |
| Florida Bar No. 150355 | Florida Bar No. 110108 |
| fpapa@robertgellerlaw.com | skohlmyer@shepardfirm.com |
| Law Offices of Robert M. Geller, P.A. | Shepard, Smith, Kohlmyer & Hand, P.A. |
| 807 West Azeele Street | 2300 Maitland Center Parkway, Suite 100 |
| Tampa, Florida 33606 | Maitland, FL 32751 |
| Phone: (813) 254-5696 | Telephone (407) 622-1772 |
| Facsimile: (813) 253-3405 | Facsimile (407) 622-1884 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **June 21, 2022**, via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: Frank T. Papa, Esquire at fpapa@robertgellerlaw.com *(Attorneys for Plaintiff)*.

>*/s/ Ernest H. Kohlmyer, III*
>Ernest H. Kohlmyer, III
>Florida Bar No. 110108
>skohlmyer@shepardfirm.com
>2300 Maitland Center Parkway,
>Suite 100
>Maitland, Florida 32751
>Phone: (407) 622-1772
>Fax: (407) 622-1884
>*Attorneys for Defendant,*
>*Healthcare Revenue Recovery*
>*Group, LLC*