**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TONY PADGETT,

   Plaintiff,

v.                                             Case No: 8:21-cv-2509-WFJ-AEP

HEALTHCARE REVENUE
RECOVERY GROUP LLC,

   Defendant.
_____/

## O R D E R

The Court has been advised by **the Mediator's Report (Dkt. 18)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on August 8, 2022.

                                             s/*William F. Jung*
                                             **WILLIAM F. JUNG**
                                             **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record